IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LEON R. THOMAS,

    Petitioner,

    v.

THURBERT BAKER,

    Respondent.

CIVIL ACTION FILE
NO. 1:07-CV-1826-TWT

## ORDER

    This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending dismissing the Petition as untimely. The Petitioner seeks to challenge one of his 1985 robbery convictions that was used to enhance his federal sentence. The Petitioner has not made sufficient showing of actual innocence to avoid the one year limitation of 28 U. S. C. § 2244(d). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

    SO ORDERED, this 22 day of February, 2008.

                                    /s/Thomas W. Thrash
                                    THOMAS W. THRASH, JR.
                                    United States District Judge